**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-13-MR-DCK**

| | |
|---|---|
| **AUTO-OWNERS INSURANCE CO.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **ARMSTRONG AIR CONDITIONING,** ) <br> **INC., ALLIED AIR ENTERPRISES,** ) <br> **INC., LENNOX INTERNATIONAL,** ) <br> **INC., A. O. SMITH CORPORATION,** ) <br> **and HONEYWELL INTERNATIONAL,** ) <br> **INC.,** ) <br> ) <br> **Defendants.** ) <br> _____) | **ORDER ALLOWING COUNSEL** <br> *PRO HAC VICE* |

This matter is before the Court on the Motion by Defendant Honeywell International Inc. for Admission *Pro Hac Vice* of Wendy M. Canaday, pursuant to Local Rule 83.1(E).

It appears that the person for whom leave to appear is sought, Wendy M. Canaday of the firm of Flynn, Gaskins & Bennett, is a member in good standing of the bar of Minnesota and is admitted to practice in the United States District Court of Minnesota. It further appears that Ms. Canaday has associated Matthew W. Sawchak and Rebecca M. Rich of the Wake County, North Carolina bar as local counsel, and that Mr. Sawchak and Ms. Rich are licensed members of this Court.

IT IS THEREFORE ORDERED that Wendy M. Canaday be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Defendant Honeywell International Inc.

In accordance with Rule 83.1(E) of this Court's Local Rules of Civil Procedure, Ms. Canaday is directed to pay the admission fee of Two Hundred Fifty and no/100 Dollars ($250.00) to the Clerk of Court within ten (10) days from the date of the filing of this Order.

Signed: March 20, 2008

David C. Keesler
United States Magistrate Judge