# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-13-DCK

| | |
|---|---|
| AUTO-OWNERS INSURANCE CO., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ARMSTRONG AIR CONDITIONING, ) INC., ALLIED AIR ENTERPRISES, ) INC., LENNOX INTERNATIONAL, ) INC., A. O. SMITH CORPORATION, ) and HONEYWELL INTERNATIONAL, ) INC., ) | |
| Defendants. ) | |

This matter is before the Court on the Motion by Defendant Honeywell International Inc. for Application for Admission To Practice *Pro Hac Vice* of Jonathan A. Strauss, pursuant to Local Rule 83.1(E).

It appears that the person for whom leave to appear is sought, Jonathan A. Strauss of the firm of Flynn, Gaskins & Bennett, is a member in good standing of the bar of Minnesota and is admitted to practice in the United States District Court of Minnesota. It further appears that Mr. Strauss has associated Rebecca M. Rich of the Wake County, North Carolina bar as local counsel, and that Ms. Rich is a licensed member of this Court.

IT IS THEREFORE ORDERED that Jonathan A. Strauss be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Defendant Honeywell International Inc.

In accordance with Rule 83.1(E) of this Court's Local Rules of Civil Procedure, Mr. Strauss is directed to pay the admission fee of Two Hundred Fifty and no/100 Dollars ($250.00) to the Clerk of Court within ten (10) days from the date of the filing of this Order.

Signed: July 16, 2008

David C. Keesler
United States Magistrate Judge